IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES T. BUNKLEY                                                                                          PLAINTIFF

vs.                                        Civil No. 6:07-cv-06068

MICHAEL J. ASTRUE                                                                                         DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 19th day of August 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE